CHAD A. READLER
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Assistant Director
JAMES J. WALKER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND EMPIRE – IMMIGRANT YOUTH COLLECTIVE and JESUS ALONSO ARREOLA ROBLES, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:17-cv-2048- PSG-SHK<br><br>**NOTICE OF LODGING** |

On March 20, 2018, the Court adopted the parties' joint stipulation regarding a modified class definition and implementation procedures in this matter. Dkt. No. 71. That Order was entered on the ECF Docket on March 21, 2018. Pursuant to paragraph 2a. of that Order, Defendants now submit a revised version of the Order "that provides dates certain for all requirements, deadlines, or time frames subject to this Order that are calculated based on a set number of days from the date the Court enters this Order." *Id*. at 3. Counsel for Plaintiffs has consented to the dates inserted into the Order at Exhibit 1.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director

Dated: March 21, 2018

/s/ Jeffrey S. Robins
JEFFREY S. ROBINS
Assistant Director
Civil Division
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-1246
Fax: 202-305-7000
jeffrey.robins@usdoj.gov