Jennifer Chang Newell (SBN 233033)
jnewell@aclu.org
Katrina L. Eiland (SBN 275701)
keiland@aclu.org
Julie Veroff (SBN 310161)
jveroff@aclu.org
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0770
Facsimile: (415) 395-0950

Michael K. T. Tan*
mtan@aclu.org
David Hausman*
dhausman@aclu.org
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660
Facsimile: (212) 549-2654

*Attorneys for Plaintiffs*
(Additional counsel listed on the following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INLAND EMPIRE – IMMIGRANT YOUTH COLLECTIVE, et al. on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary, U.S. Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 5:17-cv-02048-PSG-SHK<br><br>**MOTION TO COMPLETE THE ADMINISTRATIVE RECORD OR COMPEL PRODUCTION OF A PRIVILEGE LOG**<br><br>**Judge:** Hon. Philip S. Gutierrez<br>**Courtroom:** 6A<br>**Hearing:** April 8, 2019<br>**Time:** 1:30PM |

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
Dae Keun Kwon (SBN 313155)
akwon@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

*Counsel for Plaintiffs*

*admitted *pro hac vice*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on April 8, 2019, or at the nearest available date at which counsel may be heard, in Courtroom 6A of the above-referenced court located at the First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiffs will, and hereby do, move this Court to order Defendants to complete the Administrative Record with all documents that were before the agency and—if Defendants wish to assert the deliberative process privilege or the attorney client privilege as to any of these documents—order Defendants to produce a privilege log that properly indexes and supports any assertion of privilege.

The Motion is based on this Notice of Motion, the accompanying Memorandum of Law, the supporting declaration, all pleadings and papers filed in this action, and such additional papers and arguments as may be presented at or in connection with the hearing.

Dated: February 8, 2019

Ahilan T. Arulanantham (SBN 237841)
aarulanantham@aclusocal.org
Michael Kaufman (SBN 254575)
mkaufman@aclusocal.org
Dae Keun Kwon (SBN 313155)
akwon@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5232
Facsimile: (213) 977-5297

Respectfully submitted,

*/s/ Julie Veroff*_____
Julie Veroff
Jennifer Chang Newell
Katrina L. Eiland
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Phone: (415) 343-0770
Fax: (415) 395-0950

Michael K. T. Tan*
David Hausman*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2660
Fax: (212) 549-2654

*admitted *pro hac vice*

*Counsel for Plaintiffs*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28