# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:17-cv-02048-DOC-SHK                                    Date: November 7, 2024

Title: Inland Empire Immigrant Youth Collective et al v. Elaine C. Duke et al

PRESENT:    THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER ADMINISTRATIVELY CLOSING CASE PENDING THE RESOLUTION OF THE NINTH CIRCUIT APPEAL IN THIS CASE**

This Court removes the action from the active caseload pending the outcome of the pending the resolution of the Ninth Circuit appeal in this case CCA # 18-55564. The parties may notify the Court and file a status report with 30 days of CCA resolution.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu