FILED

NOV 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INLAND EMPIRE - IMMIGRANT YOUTH COLLECTIVE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KRISTI NOEM, Secretary, United States Department of Homeland Security; et al., <br><br> Defendants-Appellants. | No. 18-55564 <br><br> D.C. No. 5:17-cv-02048-PSG-SHK <br> Central District of California, Riverside <br><br> ORDER |

Before: WARDLAW, BYBEE, and OWENS, Circuit Judges.

On August 22, 2025, we directed the parties to file a joint status report regarding the status of this case. Dkt. 88. The parties were directed to address the following topics:

    1.    The status of *Texas v. United States*, et al., No. 1:18-cv-00068 (S.D. Tex.);

    2.    Whether and to what extent the issues presented in *Texas v. United States* provide good cause for continuing the stay in this case; and

    3.    Each party's position as to whether this case should remain stayed pending the outcome in *Texas v. United States*.

On September 17, 2025, the Government filed an unopposed motion for a 21-day extension of that deadline. Dkt. 93. We granted that request, extending the

deadline to file a status report to October 13, 2025. Dkt. 95. On October 10, 2025, Plaintiffs-Appellees filed a status report indicating that, after consultation with the Government, it was the parties' understanding that the deadline to file a status report was stayed by the Supplemental Administrative Order staying certain deadlines in light of the federal government shutdown. Dkt. 96.

Given that the shutdown has been resolved, the parties are directed to file the status report within 30 days of the date of this order. No further extensions will be granted absent extraordinary and compelling circumstances.

**IT IS SO ORDERED.**